USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _09/23/2024_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
**YANILZA GONZALEZ**, on behalf of herself and all others similarly situated,

                        Plaintiff,

   v.

**My True Image Manufacturing, Inc.**
                        Defendant.
-------------------------------------------------------x

Case No.: 1:23-cv-11130-AT

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE WITHOUT COSTS**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff **YANILZA GONZALEZ** ("Plaintiff") and **MY TRUE IMAGE MANUFACTURING, INC.** ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: _September 17_, 2024

| | |
|---|---|
| The Law Office of Noor A. Saab | Bell Law Group, PLLC |
| By: _/s/ Noor A. Saab_ | By: _/s/ Andrea Batres_ |
| Noor A. Saab Esq. | Andrea Batres, Esq. |
| *Attorney for the Plaintiff* | *Attorney for the Defendant* |
| 380 North Broadway, Penthouse West | 116 Jackson Avenue |
| Jericho, New York 11753 | New York, NY 10020 |
| Tel: 718-740-5060 | Tel: 516-280-3008 |
| Email: noorasaablaw@gmail.com | Email: ab@belllg.com |

SO ORDERED:

Dated: _September 23_, 2024
      New York, New York

                                              _____
                                              ANALISA TORRES
                                          United States District Judge

1